Robert A. RIDDELL, Collector of Internal Revenue for the Sixth Collection District of California, Appellant, v. LA JOLLA CASA DE MANANA, Appellee.

No. 13662.

United States Court of Appeals
Ninth Circuit.

Sept. 22, 1953.

Appeal from the United States District Court for the Southern District of California, Central Division; Wm. Bryne, Judge.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Robert N. Anderson, John J. Kelley, Jr., Sp. Assts. to Atty. Gen., Alonzo Watson, Sp. Asst. to Atty. Gen., Washington, D. C., Walter S. Binns, U. S. Atty., E. H. Mitchell and Edward R. McHale, Asst. U. S. Attys., Los Angeles, Cal., for appellant.

W. I. Titus, Los Angeles, Cal., Harry B. Jones, and R. B. Hooper, Seattle, Wash., for appellee.

Before HEALY, BONE, and POPE, Circuit Judges.

PER CURIAM.

The judgment is affirmed for the reasons given in the opinion of the trial court, D. C., 106 F.Supp. 132.